UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IRWIN JACOBOWITZ,
PEARL H. JACOBOWITZ, Parents,
DJ, AJ, AND MJ, MINORS

v.   CA 09-431 ML

COMMONWEALTH OF MASSACHUSETTS,
TOWN OF DARTMOUTH,
COMMONWEALTH OF PENNSYLVANIA,
and JANE and JOHN DOES

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Martin issued on October 9, 2009. Neither party has filed an objection. This Court has reviewed the Report and Recommendation and finds that the Magistrate Judge's factual findings and legal conclusions are fully supported by the record and pertinent First Circuit precedent. Accordingly, this Court adopts the Report and Recommendation in its entirety.

Plaintiffs' Application to Proceed Without Prepayment of Fees is DENIED, and the matter is DISMISSED without prejudice.

SO ORDERED:

_/s/ Mary M. Lisi_   10/29/09
Mary M. Lisi
Chief United States District Judge